UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**

FEB 2 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| GARY CHARLES PATTON,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>AK COMMERICIAL FISHERIES ENTRY COMMISSION,<br><br>Defendant - Appellee. | No. 05-36020<br>D.C. No. CV-04-00226-RRB-A<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 01/31/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 2 2006

by
Deputy Clerk