UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 3 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY CHARLES PATTON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AK COMMERICIAL FISHERIES ENTRY COMMISSION,<br><br>Defendant - Appellee. | No. 05-36020<br><br>D.C. No. CV-04-00226-RRB-A<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
FEB 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges

A review of the record demonstrates that, on November 29, 2005, the district court entered final judgment dismissing this action. Consequently, this preliminary injunction appeal is dismissed as moot. *See Planned Parenthood of Central and Northern Arizona v. State of Arizona*, 718 F.2d 938, 949 (9th Cir. 1983) (district court's entry of a final judgment renders pending appeal from preliminary injunction moot). All pending motions are denied as moot.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 2 2 2006

by: _____
Deputy Clerk

S:\PROSE\panelords\2006\1.06\January23\svg\05-36020.wpd