


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

February 22, 2006

**RECEIVED**
FEB 2 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

USDC, Anchorage
District of Alaska (Anchorage)
222 W. 7th Avenue
Anchorage, AK 99513

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-36020 | Patton v. AK Commercial Fish | CV-04-00226-RRB-A |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Entry of Dismissal*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: John Ilagan
Deputy Clerk

Enclosure(s)
cc: All Counsel