**FILED**

UNITED STATES COURT OF APPEALS

JUL 21 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY CHARLES PATTON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AK COMMERICIAL FISHERIES ENTRY COMMISSION,<br><br>Defendant - Appellee. | No. 05-36192<br><br>D.C. No. CV-04-00226-A-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JUL 2 7 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The parties' joint motion for voluntary dismissal of this appeal under

Federal Rule of Appellate Procedure 42(b) is granted.

A certified copy of this order shall act as and for the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 2 1 2006

by /s/
Deputy Clerk

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

pro 07.17.06